Seagram Distillers Company, a Division of The House of Seagram, Inc., a Delaware Corporation, Appellee, v. Guy Armanetti d/b/a Armanetti Liquors, et al., Appellants.
Browne-Vintners Co., Inc., Appellee, v. Ben Zimmerman, et al., Appellants.

Gen. Nos. 47,475, 47,476, consolidated.

First District, First Division.
December 8, 1958.
Released for publication January 23, 1959.

Schultz, Biro & Karmel, for defendants-appellants; Louis A. Kohn, Patrick W. O'Brien (Mayer, Friedlich, Spiess, Tierney, Brown & Platt, of counsel) for plaintiffs-appellees. Opinion by JUSTICE ROBSON. Not to be published in full.